JS-6

LEARNING RIGHTS LAW CENTER
PATRICIA A. VAN DYKE, ESQ SBN
Patsy@learningrights.org
JANEEN STEEL, ESQ. SBN 211404
Janeen@learningrights.org
1625 W. Olympic Blvd., Suite 500
Los Angeles, CA 90015
Phone: (213) 489-4030
Fax:  (213) 489-4033

Attorneys for Plaintiff M.M.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Matter of | Case No.: 2:19-06848-RGK-SK |
| M.M. | |
| Plaintiff | **[~~PROPOSED~~] ORDER FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| LOS ANGELES UNIFIED SCHOOL DISTRICT | **Complaint Served:** 8/22/19 |
| Defendant | **The Honorable R. Gary Klausner** |

LEARNING RIGHTS LAW CENTER
1625 W. Olympic Blvd., Suite 500
Los Angeles, CA 90015
Main: 213-489-4030   Fax: 213-489-4033

The Joint Stipulation for Dismissal of Case No. 2:19-06848-RGK-SK is

approved. The entire action, including all claims and counterclaims stated herein against

all parties, is hereby dismissed with prejudice.


Dated: November 1, 2019

_____

The Honorable R. Gary Klausner
United States District Judge
Central District of California

LEARNING RIGHTS LAW CENTER
1625 W. Olympic Blvd., Suite 500
Los Angeles, CA 90015
Main: 213-489-4030   Fax: 213-489-4033

[PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE